McGREGOR W. SCOTT
United States Attorney
JILL THOMAS for CAROLYN DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 07-170-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JUAN CAMACHO, et. al. ) | |
| ) | |
| Defendant. ) | Hon. Lawrence K. Karlton |
| ) | |

The parties request and stipulate that the time beginning July 3, 2007, and extending through July 31, 2007 and stipulate should be excluded from the calculation of time under the Speedy Trial Act. Defendant Camacho and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, defense counsel has recently been appointed counsel for the defendant, and therefore needs more time to review and evaluate the evidence. The parties stipulate and agree that the interests of justice

1  served by granting this continuance outweigh the best interests
2  of the public and the defendant in a speedy trial.  18 U.S.C. §
3  3161(h)(8)(A) and local code T-4.  The Court on June 26, 2007
4  ordered a T-4 exclusion of time until July 31, 2007.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: July 5, 2007            By:/s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney

Dated: July 5, 2007            By:/s/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for defendant
                                    Juan Camacho

**ORDER**

In case number 07-170 LKK, the time beginning July 3, 2007, and extending through July 31, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.

IT IS SO ORDERED.

Dated: July 6, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT