1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   SAMUEL WONG
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2798
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )
11                                )        CR NO. S-07-428 LKK
                                  )        CR NO. S-07-170 LKK
12              Plaintiff,        )        CR NO. S-07-289 LKK
                                  )
13         v.                     )        ORDER RE STATUS CONFERENCE
                                  )
14  JUAN CAMACHO,                 )
                                  )
15              Defendant.        )
   _____)
16
         On May 13, 2008, at 9:30 a.m., this matter came on for a
17
   status of counsel hearing.  The United States appeared through
18
   Assistant United States Attorney Carolyn K. Delaney.  Attorney Gil
19
   Roque was relieved and attorney J. Toney was appoint to represent
20
   defendant Juan Camacho in all three above-captioned cases. The
21
   defendant was assisted by a Spanish interpreter.
22
         The government and the defendant agreed that a further status
23
   conference should be scheduled on June 17, 2008, and that time
24
   should be excluded until that date based on the need for defense
25
   counsel to review the voluminous discovery and prepare (local code
26
   T4) and because of the complexity of the case (local code T2).
27
         Accordingly, the Court entered the following orders:
28

                                    1

1          For good cause shown, IT IS HEREBY ORDERED THAT:

2          1.    A further status conference for all defendants is

3    scheduled for June 17, 2008;

4          3.    The time between May 13, 2008 and June 17, 2008 is

5    excluded under the Speedy Trial Act pursuant to Local Code T4,

6    Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give

7    the defendants time to review the discovery and to adequately

8    prepare; and Local Code T2, Title 18, United States Code, Section

9    3161 (h)(8)(B)(ii).   The Court specifically finds that the cases

10   are complex and that a continuance is necessary to give the

11   defendant reasonable time to prepare for trial in this matter.

12   The Court finds that the ends of justice served by granting a

13   continuance

14   outweigh the best interest of the public and defendant in a speedy

15   trial.

16

17

18   DATE: May 23, 2008

19

20                     LAWRENCE K. KARLTON
                       SENIOR JUDGE
21                     UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

                                    2