```
LAWRENCE G. BROWN
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-07-289 LKK |
| ) Plaintiff, ) | CR NO. S-07-170 LKK |
| ) | CR NO. S-07-428 LKK |
| v. ) | ORDER RE STATUS CONFERENCE |
| JUAN CAMACHO, ) | |
| Defendant. ) | |

On October 14, 2009, at 9:15 a.m., these matters came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant Juan Camacho appeared with his attorney J. Toney, and was assisted by a Spanish interpreter.

The government and the defendant agreed that a trial confirmation hearing should be scheduled on January 26, 2010, with a trial date of February 23, 2010, and that time should be excluded until the trial date based on the need for defense counsel to review the voluminous discovery and prepare (local code T4), and in light of the Government's stated intention to file a motion to consolidate the matters for trial.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  The cases are scheduled for a trial confirmation hearing on January 26, 2010 and a trial on February 23, 2010.

2.  The time between October 14, 2009 and February 23, 2010 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendant time to review the discovery and to adequately prepare. The Court specifically finds that the cases are complex and that a continuance is necessary to give the defendant reasonable time to prepare for trial in these matters. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: October 19, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2