1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Camacho
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )
                                        ) Cr. No. 07-170
10         Plaintiff,                   )
                                        ) STIPULATION AND ORDER
11    v.                                ) CONTINUING STATUS CONFERENCE
                                        ) AND EXCLUDING TIME UNDER THE
12 JUAN CAMACHO, et al                  ) SPEEDY TRIAL ACT
                                        ) (April 6, 2010 at 9:15 AM
13                                      ) before Judge Karlton)
           Defendant,                   )
14 _____)

15

16      A status conference is now set for February 23, 2010.
17 The Defendant is housed at the Butte County Jail in Oroville CA.
18 In order to resolve the case, Defendant, his counsel and an
19 interpreter must review a number of wiretaps and some of the 2500
20 pages of discovery in the case.  For that reason, the parties
21 request the following stipulation be approved.
22      IT IS STIPULATED between the plaintiff, United States of
23 America and the Defendant, by and through their counsel, that the
24 status conference be continued to April 6, 2010 at 9:15 AM
25      It is further stipulated that time from the date of this
26 stipulation through April 6, 2010 shall be excluded from the time
27 when trial must be commenced under the Speedy Trial Act because
28
                                  1

the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation.  The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 and T4.

Dated February 19, 2010

    s/s CAROLYN DELANEY                     s/s J TONEY
    Carolyn Delaney                           J Toney
First Assistant U.S. Attorney      Attorney for Defendant

ORDER

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order.  The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial. SO ORDERED.

DATED: February 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2