```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Juan Camacho
 6
```

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,         ) Cr. No. 07-170;
                                      ) Cr. No. 07-289;
10          Plaintiff,                ) Cr. No. 07-428
                                      )
11      v.                            ) STIPULATION AND ORDER
                                      ) CONTINUING STATUS
12  JUAN CAMACHO, et al               ) CONFERENCE; VACATING TRIAL
                                      ) AND EXCLUDING TIME UNDER THE
13                                    ) SPEEDY TRIAL ACT
            Defendant,                ) (April 6, 2010 at 9:15 AM
14  _____) before Judge Karlton)

15
```

16      A status conference is now set for April 6 , 2010 with trial

17 set for April 13, 2010.  The Government has recently made a revised

18 plea offer in the case.

19 The Defendant is housed at the Butte County Jail in Oroville CA.

20 In order to resolve the case, Defendant, his counsel and an

21 interpreter must consider this offer.  For that reason, the parties

22 request the following stipulation be approved.

23      IT IS STIPULATED between the plaintiff, United States of

24 America and the Defendant, by and through their counsel, that the

25 status conference be continued to May 4, 2010 at 9:15 AM and the

26 presently set trial date of April 13, 2010 be vacated.

27      It is further stipulated that time from the date of this

28

                                      1

stipulation through May 4, 2010 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation.  The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 and T4.

Dated April 3, 2010

```
   s/s CAROLYN DELANEY                s/s J TONEY
   Carolyn Delaney                    J Toney
First Assistant U.S. Attorney         Attorney for Defendant
```

ORDER

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order.  The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial. SO ORDERED.

DATED: April 5, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2