```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Juan Camacho
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,          )
                                       )Cr. S-07-170
10          Plaintiff,                 )Cr. S-07-289
                                       )Cr. S-07-428
11      v.                             )
                                       )STIPULATION AND ORDER
12  JUAN CAMACHO, et al                )CONTINUING STATUS CONFERENCE
                                       )AND EXCLUDING TIME UNDER THE
13                                     )SPEEDY TRIAL ACT
            Defendant,                 )(Aug 3, 2010 at 9:15 AM
14  _____    )before Judge Karlton)
```

15

16      A status conference is now set for May 25 , 2010.

17    The Government has recently made a revised plea offer in this

18  case. The parties will be requesting that the court order a pre-

19  plea Pre-Sentence Report so the Defendant can evaluate the offer.

20

21     The Defendant is housed at the Butte County Jail in Oroville CA.

22  In order to resolve the case, Defendant, his counsel and an

23  interpreter must consider this offer.  For that reason, the parties

24  request the following stipulation be approved.

25       IT IS STIPULATED between the plaintiff, United States of

26  America and the Defendant, by and through their counsel, that the

27  status conference be continued to August 3, 2010 at 9:15 AM.

28

                                    1

It is further stipulated that time from the date of this stipulation through Aug. 3, 2010 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation.  The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 and T4.

Dated May 20, 2010

    s/s CAROLYN DELANEY                  s/s J TONEY
    Carolyn Delaney                         J Toney
First Assistant U.S. Attorney      Attorney for Defendant

ORDER

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order.  The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial. SO ORDERED.

DATED: May 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2