```
1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Camacho
6
```

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

```
9  UNITED STATES OF AMERICA,        )
                                    ) Cr. No. 07-170
10         Plaintiff,                )
                                    ) STIPULATION AND ORDER FOR
11     v.                           ) PRE-PLEA REPORT
                                    ) (Aug 3, 2010 at 9:15 AM
12 JUAN CAMACHO, et al              ) before Judge Karlton)
                                    )
13                                  )
           Defendant,                )
14 _____)

15
```

16       A status conference is now set for August 3 , 2010.  The

17 Government has recently made a revised plea offer in this case. The

18 parties are requesting that the court order a pre-plea Pre-Sentence

19 Report so the Defendant can evaluate the offer.

20     For that reason, the parties request the following stipulation

21 be approved.

22  //

23 //

24 //

25 //

26 //

27 //

28
                                    1

1    IT IS STIPULATED between the plaintiff, United States of
2 America and the Defendant, by and through their counsel that
3 resolution of this case would benefit from a pre-plea evaluation
4 from the Probation Department.  It is therefore requested that the
5 court order such a report.

8 Dated June 24, 2010

10      s/s CAROLYN DELANEY                s/s J TONEY
        Carolyn Delaney                     J Toney
11 First Assistant U.S. Attorney        Attorney for Defendant

12                              ORDER

13      SO ORDERED.

14
DATED: June 25, 2010
15
                                 _____
16                               LAWRENCE K. KARLTON
                                 SENIOR JUDGE
17                               UNITED STATES DISTRICT COURT

2