J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Juan Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) Cr. No. S 07-170 LKK |
| Plaintiff, | ) Cr. No. S 07-428 LKK |
| | ) Cr. No. S 07-289 LKK |
| v. | ) |
| | ) STIPULATION AND ORDER FOR |
| JUAN CAMACHO, et al | ) CONTINUANCE |
| | ) (Oct 19, 2010 at 9:15 AM |
| | ) before Judge Karlton) |
| Defendant, | ) |
| _____ | ) |

A status conference is now set for September 21 , 2010. The Pre-Plea report in these cases has just been received and Counsel for the Defendant and an interpreter must travel to the Butte County Jail to review the report with the Defendant.

For that reason, the parties request the following stipulation be approved.

IT IS STIPULATED between the plaintiff, United States of America and the Defendant, by and through their counsel that the Status Conference be continued to October 19, 2010 at 9:15 AM. Time for trial has previously been excluded under the Speedy Trial Act due to complexity and counsel preparation, (Local Codes T2 and

1

1  T4.  The parties stipulate that such exclusion be continued until
2  October 19, 2010.
3
4
5  Dated September 19, 2010
6     s/s CAROLYN DELANEY                s/s J TONEY
     Carolyn Delaney                  J Toney
7  First Assistant U.S. Attorney     Attorney for Defendant
8                          ORDER
9      SO ORDERED.
10
11  DATED: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2