AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00170-MCE   Document 152   Filed 11/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

UNITED STATES OF AMERICA

v.

JUAN CAMACHO

Case No:  2:07CR00170-MCE
         2:07CR00289-MCE
         2:07CR00428-MCE

USM No:  17066-097

Date of Original Judgment: 04/15/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah R. Labaree, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 171 months **is reduced to** 138 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/15/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/10/2015

Effective Date: 11/1/2015
*(if different from order date)*

*Judge's signature*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*