HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CAMACHO,<br><br>Defendant. | No. Cr. S 07-170 MCE<br><br>**NOTICE OF WITHDRAWAL OF FIRST STIPULATED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, JUAN CAMACHO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby **WITHDRAW** the first Stipulated Motion and [lodged] Order to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (CR 150).

Respectfully submitted,

Dated:  December 15, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  December 15, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JUAN CAMACHO

Notice of Withdrawal of Stipulated Motion

1

**ORDER**

Upon the parties' notice, IT IS HEREBY ORDERED that the first Stipulated Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 150) is WITHDRAWN.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT